Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE

2019 MAY 15  PM 4:10

Saheed Hafeez
Write the full name of each plaintiff or petitioner.

Case No. 1:17 cv 01813 KPF

-against-

Letter re: Updates.

NYC City of New York.
New York City
Write the full name of each defendant or respondent.

Hon. Judge Failla

Good day Judge, I am writing to you just to Inform that I spoke with Counsel Melissa Wachs. about Considering Settlement Talks and I was told by her that she does not have Monitary Informations Yet. I have been in Correspondence with her and all her requests. I was told Once by Judge Pitman that a Case is a good case if it gets Settled. Never a Win or Lose Makes it a good case.

05/14/19
Dated

Signature

Saheed Hafeez
Name

Prison Identification # (if available)

229 E 222 Street    Bronx    NY    10469
Address              City      State   Zip Code

724 37 (527)
Telephone Number (if available)

E-mail Address (if available)