UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAFEEZ SAHEED,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>CITY OF NEW YORK, KEVIN KENNY,<br>WILLIAM NAKELSKI, OU WU, and<br>JOHN AND JANE DOE 1-10,<br><br>                    Defendants. | 17 Civ. 1813 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On April 2, 2020, the Court issued an Opinion & Order granting in part and denying in part the Defendants' motion for summary judgment. (Dkt. #75). In that Opinion & Order, the Court scheduled a pretrial conference for May 5, 2020, at 11:30 a.m. (*Id.* at 43). The Court stated that it would inform the parties, at a later date, whether that conference would take place in the Courthouse or telephonically. (*Id.*). Given the ongoing pandemic and restrictions on access to the Courthouse, the Court now orders that the conference take place telephonically.

The dial-in information is as follows: At 11:30 a.m. on May 5, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*". Please note, the conference will not be available prior to 11:30 a.m.

SO ORDERED.

Dated: May 1, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Hafeez Saheeed by email at
hsaheed@gmail.com
```