

**JAMES E. JOHNSON**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-146
NEW YORK, NY 10007

**MELISSA WACHS**
Senior Counsel
Phone: (212) 356-2424
Fax: (212) 356-3509
mwachs@law.nyc.gov

May 12, 2020

<u>Via ECF</u>
Honorable Katherine P. Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>Hafeez Saheed v. City of New York, et al.</u>,
17 CV 1813 (KPF)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter.  I write to respectfully request an adjournment of the trial scheduled to begin on December 7, 2020[1], and to respectfully advise the Court of the defendant officers' vacation schedules.

Officer Wu is on vacation December 7-December 11
Officer Nakelski is on vacation December 16-December 28

Due to these scheduled vacations, the undersigned respectfully requests that the trial date be moved to January, 2021, or another time convenient to the Court.[2] Plaintiff consents to this request.

---

[1] The undersigned apologizes for not having the officers' winter schedules in advance of the May 5, 2020 conference.

[2] The officers do not currently have vacation dates scheduled for January, 2021, though Officer Nakaleki anticipates taking a week in either January or February; their vacation schedules will not be provided until mid-November, 2020.

Thank you for your consideration in this regard.

Respectfully submitted,

/s *Melissa Wachs*

Melissa Wachs
Senior Counsel

cc:     **Via ECF**
        Plaintiff, *pro se*

The Court is in receipt of the above-letter from Defendants in
this case.  (Dkt. #78).  The parties are hereby ORDERED to
confer and submit a letter to the Court, on or before **May 26,
2020,** with a mutually-agreeable trial date for January 2021.

Dated:  May 12, 2020                        SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

**Hafeez Saheed**
**973 E. 221st Street**
**Bronx, NY 10469**