UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAFEEZ SAHEED,<br><br>                          Plaintiff,<br><br>           -v.-<br><br>CITY OF NEW YORK, KEVIN KENNY, WILLIAM NAKELSKI, OU WU, and JOHN AND JANE DOE 1-10,<br><br>                          Defendants. | 17 Civ. 1813 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this matter is scheduled to begin on **November 16, 2020**. The parties' respective jury charge requests, proposed voir dire questions, and any motions *in limine* will be due **October 2, 2020**. Any opposition papers to motions *in limine* will be **October 16, 2020**. The parties should also submit a joint pretrial order, in accordance with the Court's Individual Rule 7, on or before **October 2, 2020**. The final-pretrial conference will be scheduled for **November 2, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York

SO ORDERED.

Dated:   July 10, 2020
         New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge

*A copy of this Order was mailed by Chambers to:*

Hafeez Saheed
973 E. 221st Street
Bronx, NY 10469