UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAFEEZ SAHEED,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>CITY OF NEW YORK, KEVIN KENNY, WILLIAM NAKELSKI, OU WU, and JOHN AND JANE DOE 1-10,<br><br>                    Defendants. | 17 Civ. 1813 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On July 10, 2020, the Court scheduled this matter for trial to begin November 16, 2020 and set dates for final pretrial proceedings. (Dkt. #84). In light of scheduling difficulties due to the COVID-19 pandemic, the trial and all associated proceedings are hereby ADJOURNED *sine die.*

The Court recalls the Plaintiff advising the Court previously that he will be out of the country during the first quarter of 2021. The Plaintiff is directed to confirm whether this is still the case. Further, the parties are directed to advise the Court of their availability for trial in May, June, or July 2021 in a joint letter submitted on or before **September 9, 2020**.

SO ORDERED.

Dated: August 26, 2020
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge