UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAFEEZ SAHEED,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>KEVIN KENNY, WILLIAM NAKELSKI, OU WU, and JOHN AND JANE DOES 1-10,<br><br>                              Defendants. | 17 Civ. 1813 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this matter is scheduled to begin on **October 12, 2021, at 9:00 a.m.** The parties' Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and any pretrial memoranda of law will be due **September 13, 2021**. Any opposition papers will be due **September 20, 2021**. The final-pretrial conference will be scheduled for **September 29, 2021, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    January 28, 2021
          New York, New York

                                                                    _____
                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge